1  Timothy P. Dillon, SBN 190839
2  Sunjina K. Ahuja, SBN 226130
   Dillon & Gerardi, APC
3  4660 La Jolla Village Drive, Suite 1040
   San Diego, CA 92122
4  Telephone: (858) 587-1800
   Facsimile: (858) 587-2587
5
6  Attorneys for Plaintiff, GOTEN CORPORATION

7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | GOTEN CORPORATION, a California | ) | **Case No.: C11-04824** |
12 | corporation, | ) | |
   |                                  | ) | **[PROPOSED] ORDER PERMITTING** |
13 |            Plaintiff,            | ) | **PLAINTIFF TO APPEAR** |
   |                                  | ) | **TELEPHONICALLY AS MODIFIED** |
14 | vs.                              | ) | |
   |                                  | ) | **Date: January 11, 2012** |
15 | VELOCITY FULFILLMENT, INC., an   | ) | **Time: 1:30 pm** |
   | Arizona corporation,             | ) | **Judge: Hon. Donna M. Ryu** |
16 |                                  | ) | |
17 |            Defendant.            | ) | **Complaint Filed: September 29, 2011** |

21     Having reviewed the file and the request of counsel for Plaintiff Goten Corporation ("Goten"), and for good cause appearing,

23     IT IS HEREBY ORDERED THAT lead counsel for Plaintiff Goten may appear telephonically at the Initial Case management Conference on January 11, 2012 at 1:30 P.M.  One week prior to the scheduled telephonic conference, counsel for Plaintiff shall contact Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, to obtain the court's call-in number for the telephonic conference.

1
2
3
4   Dated:   December 30, 2011

_____
Judge Donna M. Ryu
Judge of the Northern District Court of California

*IT IS SO ORDERED* — Judge Donna M. Ryu (seal: United States District Court, Northern District of California)

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28