1  Timothy P. Dillon, SBN 190839
2  Sunjina K. Ahuja, SBN 226130
   Dillon & Gerardi, APC
3  4660 La Jolla Village Drive, Suite 1040
   San Diego, CA 92122
4  Telephone: (858) 587-1800
   Facsimile: (858) 587-2587
5
6  Attorneys for Plaintiff, GOTEN CORPORATION

7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | GOTEN CORPORATION, a California | ) Case No.: C11-04824 |
12 | corporation,                    | ) |
   |                                 | ) **[PROPOSED] ORDER PERMITTING** |
13 |                    Plaintiff,   | ) **PLAINTIFF TO APPEAR** |
   |                                 | ) **TELEPHONICALLY <u>AS MODIFIED</u>** |
14 | vs.                             | ) |
   |                                 | ) **Date: January 11, 2012** |
15 | VELOCITY FULFILLMENT, INC., an  | ) **Time: 1:30 pm** |
16 | Arizona corporation,            | ) **Judge: Hon. Donna M. Ryu** |
   |                                 | ) |
17 |                    Defendant.   | ) **Complaint Filed: September 29, 2011** |

18
19
20

21     Having reviewed the file and the request of counsel for Plaintiff Goten Corporation ("Goten"),
22 and for good cause appearing,
23     IT IS HEREBY ORDERED THAT <u>lead</u> counsel for Plaintiff Goten may appear telephonically
24 at the Initial Case management Conference on January 11, 2012 at 1:30 P.M.  <u>One week prior to the
25 scheduled telephonic conference, counsel for Plaintiff shall contact Judge Ryu's Courtroom Deputy,
26 Ivy Garcia, at (510) 637-3639, to obtain the court's call-in number for the telephonic conference.</u>
27
28

                                                  1                 Case No. C11-04824
              [PROPOSED] ORDER PERMITTING PLAINTIFF TO APPEAR TELEPHONICALLY

1
2
3
4   Dated:   December 30, 2011
                                               _____
5                                              Judge of the Northern District Court of California

*IT IS SO ORDERED*
*Judge Donna M. Ryu*