UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOTEN CORPORATION, a California corporation,<br><br>           Plaintiff,<br><br>    vs.<br><br>VELOCITY FULFILLMENT, INC., an Arizona corporation,<br><br>           Defendant. | **Case No.: 11-CV-04824 DMR (LB)**<br><br>**[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL**<br><br>[FRCP, RULE 41] |

Based on the Stipulation of the parties and for good cause appearing therefore, the Court orders that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

**IT IS SO ORDERED.**

Dated: August 3, 2012

                                                  ~~Judge Laurel Beeler~~
                                                Judge Donna M. Ryu

*IT IS SO ORDERED.* (stamp, signed)