# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOTEN CORPORATION, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> VELOCITY FULFILLMENT, INC., an Arizona corporation, <br><br> Defendant. | ) Case No.: **11-CV-04824 DMR (LB)** <br> ) <br> ) **[PROPOSED] ORDER RE:** <br> ) **STIPULATION OF DISMISSAL** <br> ) <br> ) [FRCP, RULE 41] <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Based on the Stipulation of the parties and for good cause appearing therefore, the Court orders that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

**IT IS SO ORDERED.**

Dated: August 3, 2012

_____
Judge Laurel Beeler

IT IS SO ORDERED
Judge Donna M. Ryu